Asa B. Richardson, Respondent, *v.* William B. Calkins, Impleaded, etc., Appellant.

(Argued October 7, 1880; decided October 15, 1880.)

*B. F. Sawyer* for appellant.

*Harrington Putnam*, for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.